# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN KELLY,<br><br>Defendant. | 17-po-5080-JTJ<br><br>VIOLATIONS:<br>6564129<br>6564130<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $1000 and a $30 processing fee for VN 6564130 for a total fine amount of $1,030. Payments of $200 per month will begin December 11, 2017, and will be paid in full on or before June 11, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that VN 6564129 is DISMISSED.

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for February 1, 2018, is VACATED.

DATED this 24th day of January 2018.

John Johnston
United States Magistrate Judge